UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH PRETLOW,

                Petitioner,

  -against-

ELAINE LORD, Superintendent
of Bedford Hills Correctional Facility,

                Respondent.
------------------------------------------------------------X

JUDGMENT
03-CV-2547 (SJ)

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 3, 2005, denying the petition for a writ of habeas corpus; ordering that a Certificate of Appealability will not issue; and certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; that a Certificate of Appealability will not issue; and that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith.

Dated: Brooklyn, New York
       May 04, 2005

ROBERT C. HEINEMANN
Clerk of Court